SAMPLE #2

**FILED**

NOV 28 2016

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

Anthony D. Dotson
Plaintiff(s)

vs.

Sherwood Construction
Defendant(s)

CIV 16 1353 F

CASE NO. _____

## COMPLAINT

Petitioner Anthony D Dotson Brings this matter Before the court on a matter of employee Discrimination against the above Named Respondent, see Exhibit(s) Attached hereto. Petitioner Feels that he was terminated From his Job due to the color of his skin. Petitioner Request that this honorable court Review all of the merits in this matter, in order to make the Necessary Findings in Reaching it's conclusion OF LAW. see Haines vs- Kerner IRE to Pro-se litigants

Respectfully Submitted

Anthony Dotson
2017 NE 19th
Oklahoma Okla
7311?
405-343-0137

NOTE: Your signature, address and phone number **must** appear at the end of each pleading.