IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ANTHONY DOTSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  CIV-16-1353-F |
| | ) |
| (1) SHERWOOD CONSTRUCTION | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

*s/Nkem A. House*
NKEM A. HOUSE, OBA #21219
Attorney for Plaintiff
RHONE & HOUSE, PA
527 N.W. 23RD Street, Suite 200
Oklahoma City, OK  73103
Telephone:    405/602-5393
Facsimile:    405/602-5390
houselawfirm@gmail.com

**-AND-**

*s/Kathy R. Neal*
Kathy R. Neal
Anna C. Lukeman
McAfee & Taft
A Professional Corporation
Williams Center Tower II
Two West Second St., Suite 1100
Tulsa, OK  74103
(918) 574-3020
(918) 574-3120 (Facsimile)