IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ANTHONY DOTSON, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. CIV-16-1353-F ) |
| (1) SHERWOOD CONSTRUCTION | ) ) |
| Defendant. | ) |

## ORDER

The stipulation [Dkt. 34] is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

It is so Ordered.

Dated this 9th day of January, 2018.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-1353p010.PO.docx